UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA M. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>AMA/NYAG for GOODWILL, LLC,<br><br>Defendants. | Case No. 2:24-cv-00470-APG-EJY<br><br>**ORDER** |

Plaintiff, proceeding pro se, submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983 on March 11, 2024. ECF Nos. 1, 1-1. Plaintiff's IFP is incomplete because the Financial Certificate is not signed by a prison official and Plaintiff fails to include her inmate trust fund account statement for the previous six-month period. Even if Plaintiff has not been in the custody of the Nevada Department of Corrections ("NDOC") facility a full six-month period, Plaintiff must still submit a financial certificate and her inmate trust fund account statement for the dates she has been at an NDOC facility. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **May 10, 2024**, Plaintiff must either pay the $405 filing fee for a civil action[1] or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **May 10, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file her

---

[1] As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b).

case with the Court, under a new case number, when she is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED this 11th day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE