UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA M. BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMA/NYAG for GOODWILL, LLC,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00470-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's second incomplete *in forma pauperis* application. ECF No. 4. As was explained to Plaintiff in the Court's March 11, 2024 Order (ECF No. 3), a complete *in forma pauperis* application includes the application form, which Plaintiff has now submitted twice, a **Financial Certificate properly signed by both the inmate and a prison or jail official**, and **a copy of the inmate's prison or jail trust fund account statement for the previous six-month period**. Plaintiff has yet to submit the required Financial Certificate and inmate trust fund account statement.

Accordingly, IT IS HEREBY ORDERED that **no later than May 10, 2024,** Plaintiff **must** submit the Financial Certificate signed by both the inmate and the prison or jail official and a copy of her prison trust fund account statement for the previous six month (or, if she has not been incarcerated for six months, for the period of time she has been incarcerated).

IT IS FURTHER ORDERED that Plaintiff's failure to submit the signed Financial Certificate and her prison trust fund account statement may result in a recommendation that this matter be dismissed without prejudice to allow Plaintiff to commence a new claim once she is able to submit a complete *in forma pauperis* application together with a complaint to the Court.

DATED this 9th day of April, 2024.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE