UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA M. BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMA/NYAG for GOODWILL, LLC,<br><br>　　　　Defendants. | Case No. 2:24-cv-00470-APG-EJY<br><br>**ORDER** |

Pending before the Court are three Motions filed by Plaintiff Jessica Brown. ECF Nos. 9, 10, 11. The Motions do not identify relief Plaintiff seeks that, even if broadly construed, is within the Court's ability to grant. In fact, the Motions are largely indecipherable.

On April 16, 2024, the Court did its best to explain to Plaintiff that to proceed in federal court without paying the filing fee she must complete and file two forms that are part of the *in forma pauperis* application process. ECF No. 8. The Court attached the forms to its Order. *Id.* Plaintiff was provided through and including May 25, 2024 to submit these completed forms. *Id.* Plaintiff was told failure to do so will result in dismissal of this matter in its entirety. *Id.* Plaintiff is reminded of this Order and warned that continued filing of indecipherable and frivolous motions may result in a recommendation that she be found a vexatious litigant.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion re Claims (ECF No. 9), Motion re Counterclaims (ECF No. 10) and Motion for Relief (ECF No. 11) are DENIED.

DATED this 23rd day of April, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE