UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA M. BROWN,<br><br>  Plaintiff<br><br>v.<br><br>AMA/NYAG for GOODWILL, LLC,<br><br>  Defendants | Case No.: 2:24-cv-00470-APG-EJY<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 16] |

On May 28, 2024, Magistrate Judge Youchah recommended that I deny plaintiff Jessica Brown's applications to proceed *in forma pauperis* because they are incomplete. ECF No. 16 at 4. Judge Youchah also recommended that I dismiss the complaint for lack of subject matter jurisdiction, without prejudice to Brown pursuing her claims in state court. *Id.* Brown did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 16) is accepted and plaintiff Jessica Brown's complaint (ECF No. 1-1) is dismissed without prejudice to her pursuing her claims in state court. The clerk of court is instructed to terminate all pending motions and to close this case.

DATED this 13th day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE